UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22819-CIV-MARTINEZ-BROWN

FEDERAL INSURANCE COMPANY and
EXECUTIVE RISK INDEMNITY INC.,

    Plaintiffs,

vs.

ESTHER SURUJON, JOHN HARKINS and
MERCYHEALTH, INC.,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant MercyHealth Inc.'s Cross-Motion for Summary Judgment (D.E. No. 49), judgment is entered in favor of the Plaintiffs, Federal Insurance Company and Executive Risk Indemnity Inc. and against Defendants, Esther Surujon, John Harkins and MercyHealth, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 1 day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record